UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-CR-267-MAD - NDNY
25-MJ-00062-MAYNARD

IN RE SEALED INDICTMENT
_____/

FILED BY ____SW____ D.C.
Jun 26, 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

### ORDER TO UNSEAL INDICTMENT

This cause came before this Court on the government's Motion to Unseal. The Court being fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the government's motion is hereby granted, and the Clerk of the Court shall unseal the *Indictment* in this case.

**DONE AND ORDERED** in chambers at Fort Pierce, Florida, this 25th day of June 2025.

_____
**HONORABLE SHANIEK MILLS MAYNARD**
UNITED STATES MAGISTRATE JUDGE

cc: AUSA Christopher H. Hudock